**Fill in this information to identify the case:**

Debtor name: **RRQ, LLC.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA, PHILADELPHIA DIVISION

Case number (if known): **19-13045**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals  12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................  $ **125,000.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................  $ **25.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................  $ **125,025.00**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................  $ **347,319.29**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................  $ **3,518.68**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................  +$ **156,000.00**

4. **Total liabilities** .........................................................................................................................  $ **506,837.97**
   Lines 2 + 3a + 3b